**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:                                    CHAPTER 13

RYAN ANTHONY PRYOR and
ELIZABETH JANE PRYOR,              CASE NUMBER 8:09-bk-09852-CED
_____/

**CHAPTER 13 TRUSTEE'S UNFAVORABLE**
**RECOMMENDATION FOR CONFIRMATION**

TO:  Clerk, United States Bankruptcy Court

  Trustee's Recommendation to the Court. The Trustee cannot recommend confirmation of the Chapter 13 Plan at this time for the following reason(s):

  The Trustee cannot favorably recommend confirmation of this Plan as the Plan violates 11 U.S.C. §1325(b)(1)(B) in that the Debtors are not devoting all of the net projected disposable income over the applicable commitment period to the unsecured creditors because, the Trustee believes that the Debtor's income is understated.

  Dated this 30th day of  June, 2009.

          /S/ Terry E. Smith_____
          Terry E. Smith
          Chapter 13 Standing Trustee
          Post Office Box 6099
          Sun City Center, FL 33571-6099
          Phone: (813) 658-1165
          Fax:    (813) 658-1166

Copies:
Ryan A. and Elizabeth J. Pryor
Christie D. Arkovich, Esq.
TES*WCH/tf