**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

IN RE:

RYAN ANTHONY PRYOR,           CHAPTER 13
ELIZABETH JANE PRYOR,         CASE NO. 8:09-BK-09852-CED

    **Debtors.**
_____/

**ORDER GRANTING FIFTH THIRD BANK'S MOTION**
**FOR EXAMINATION OF THE DEBTORS PURSUANT TO RULE 2004 AND**
<u>**REQUEST FOR PRODUCTION OF DOCUMENTS**</u>

THIS CASE came before the Court on Fifth Third Bank's Motion for Examination of the Debtors Pursuant to Rule 2004 and Request for Production of Documents (the "Motion"; Doc. No. 41).

Accordingly, it is **ORDERED**:

1.     The Motion is Granted.

2.     Fifth Third Bank is authorized to conduct an examination of Ryan Anthony Pryor and Elizabeth Jane Pryor, at the offices of Akerman Senterfitt, SunTrust Financial Centre, 401 E. Jackson Street, Suite 1700, Tampa, FL 33602-5250.

3.     Ryan Anthony Pryor and Elizabeth Jane Pryor are directed to appear and to make themselves available for the examination within the next thirty (30) days and produce the documents identified in Exhibit A to the Motion at least five (5) business

days prior to the examination.

**DONE** and **ORDERED** in Chambers at Tampa, Florida on October 22, 2009 _____.

_____
CARYL E. DELANO
United States Bankruptcy Judge

Copies furnished to:
**Debtors:** Ryan and Elizabeth Pryor, 9212 Oak Pride Court, Tampa, FL 33647;
**Debtor's Counsel:** Christie D. Arkovich, Esquire, 1520 West Cleveland Street, Tampa, FL 33606;
**Trustee:** Terry E. Smith, P.O. Box 6099, Sun City Center, FL 33571;
**Movant's counsel:** Michael Nardella, Esq., Akerman Senterfitt, P.O. Box 231, Orlando, FL 32802-231